**Denney & Company, appellant, v. Michigan Central Railroad Company, appellee. Gen. No. 33,638.**

Opinion filed January 6, 1930. Rehearing denied January 20, 1930.

O'Connell, McGlinn & O'Gallagher, for appellant; J. V. De Laney, Leo N. McGlinn and Kieran P. O'Gallagher, of counsel. Winston, Strawn & Shaw, for appellee; A. W. Sexton and F. J. McManus, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

**City of Chicago, appellee, v. L. L. Boule, appellant. Gen. No. 33,661.**

Opinion filed January 6, 1930. Rehearing denied January 20, 1930.

Follansbee, Shorey & Schupp and Irving E. Read, for appellant; Clyde E. Shorey, Robert W. Schupp and John E. Gavin, of counsel. Samuel A. Ettelson, Corporation Counsel, and Leon Hornstein, Assistant Corporation Counsel, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

**Amber Furniture Company, appellee, v. Herman Lamm et al., appellants. Gen. No. 33,676.**

Opinion filed January 6, 1930.

Harry D. Knight, for appellants. Myer N. Rosengard, for appellee; Irving L. Block, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.